UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ESTES,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>    Defendants. | No. 2: 13-cv-0946 KJN P<br><br><br>ORDER |

      Plaintiff is proceeding, without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 13, 2014, plaintiff filed a motion to compel. Plaintiff requests that defendants be ordered to provide him with a copy of his medical records from the Sacramento County Jail. Plaintiff notes that defendants represented by Rivera and Associates subpoenaed a copy of his medical records from the Sacramento County Jail.

      Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. In the pending motion to compel,

////

////

1

plaintiff does not allege that he requested a copy of his medical records from defendants.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 23) is denied as premature.

Dated: January 30, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

es946.com

---

[1] Plaintiff does not allege that he, himself, requested a copy of his medical records from the Sacramento County Jail.