UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ESTES, | No. 2: 13-cv-0946 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

Plaintiff is a federal prisoner, proceeding without counsel, with an action pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388, 392-97 (1971).  On February 10, 2014, defendants United States Marshal Service and Sloan filed a summary judgment motion.  (ECF No. 31.)

In his pleading filed March 6, 2014 (ECF No. 33), plaintiff states that he does not oppose dismissal of his claims against defendant United States Marshal Service.  The court construes plaintiff's March 6, 2014 pleading to contain a request for voluntary dismissal of defendant United States Marshal Service.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant United States Marshal Service is dismissed;

////

1

2. Defendant United States Marshal Service's summary judgment motion (ECF No. 31) is vacated as unnecessary.

Dated:  July 18, 2014

Es946.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE