UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS ESTES,

    Plaintiff,

  v.

SACRAMENTO COUNTY, et al.,

    Defendants.

No. 2: 13-cv-0946 JAM KJN P

ORDER

    Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983 and pursuant to <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388, 392-97 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 19, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 19, 2014 are adopted in full;

1

2. Defendant Sloan is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b);

3. Defendant Sloan's summary judgment motion (ECF No. 31) is vacated.

DATED: September 2, 2014

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE