UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ESTES, | No. 2: 13-cv-0946 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

    Plaintiff is a federal prisoner, proceeding without counsel, with an action brought pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388, 392-97 (1971). On August 21, 2014, defendants Sacramento County, Sacramento County Sheriff's Department and Dr. Bauer filed a summary judgment motion.

    On September 2, 2014, plaintiff filed a letter addressed to counsel for defendants requesting an extension of time to file his opposition to defendants' summary judgment motion. Requests for extension of time to file oppositions to summary judgment motions should be made to the court. In any event, plaintiff's request for extension of time is granted.

////

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date
2 of this order to file his opposition to defendants' summary judgment motion filed August 21,
3 2014.
4 Dated: September 11, 2014

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

7 Es946.eot(p)